in Boston

# FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

## IN THE UNITED STATES DISTRICT COURT

FOR THE District of Massachusetts

Michael Black, #11354-424
_____
Petitioner
P.O. Box 879
Ayer Massachusetts 01432
FMC Devens
_____
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

**04-40233 DPW**

VS.

CIVIL ACTION NO._____

David L. Winn (Warden FMC Devens)
_____
Respondent(s)
% Devens Legal Department
P.O. Box 879
Ayer Massachusetts 01432
_____
(Name of Warden or other authorized person
having custody of Petitioner).

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

   ✓ A conviction
   ___ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
   ___ Jail or prison conditions
   ___ Prison discipline issue
   ___ A parole problem
   ✓ Other. State briefly: In light of the Recent Announce decision in Crawford V Washington No. 02-9140 72 U.S.L.W. At 9235-36 Petitioner's Conviction was obtain in violation of the United States Constitution and laws of the United States. See Brief in Support

2. Place of detention: Federal Medical Center Devens, FMC Devens, P.O. Box 879 Ayer Massachusetts 01432

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

✓ Yes  _____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: United States District Court For the Northern District of Illinois

b. Nature of proceeding: 2255 motion

c. Grounds raised: ineffective Assistance of Counsel

d. Result: denied

e. Date of result: May/2000

f. Citation or number of any written opinion or order entered pursuant to each such disposition: No Answer

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: See Brief in support of 28 USC Section 2241

5. Does counsel presently represent you? ✓ Yes _____ No

If so, Name address and phone number of counsel: Hal Garfinkel Chicago, Illinois

6. Name and location of court, which imposed sentence: United States District Court 219 South Dearborn Chicago Illinois 60606

7. Indictment or case number, if known: # 98 CR-434

8. Offense or Offenses for which sentence was imposed: Counts (2) And (8) possession with intent to distribute 100 grams or more heroin 21 USC 841(A)(1) And Attempted possession with intent to distribute 100 grams or more Heroin 21 USC 841(A)(1)

9. Date upon which sentence was imposed and the term of the sentence: August 19, 1999  168 months imprisonment followed by (3) years of Supervised Release

10. When was a finding of guilt made? (Check one)

    _____ After a plea of guilty

    ✓ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

    ✓ A jury

    _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ✓ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: United State District Court for the Northern District of Illinois

b. Result: denied

c. Date of result: May of 2000

d. Citation or number of opinion: No Answer do not know at this time

e. Grounds raised: (List each one)
ineffective Assistance of Counsel,
Failure to Call Alibi investigate Known witnesses, failure to Request for A Severance, Conflict of interest, failure to enter defense theory

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: _Constitutional Laws were Violated to obtain Petitioner Conviction in Violation of Petitioner 6th And 5th Amendment Right. See Brief_

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

_See Brief in Support_

b. Ground Two: _No other issues_

Supporting Facts: _No Answer_

Ground Three: _No other issues_

Supporting Facts: _No Answer_

4

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes ____✓____ No

(1) If your answer to "a" above is yes, what was the result? _See Brief in Support_

(2) If your answer to "a" above is no, explain: _See Brief in Support_

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes ____✓____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: _No Answer, See Brief in Support_

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

The Supreme Court Rule I have the Right to confront, that under the Confrontation Clause out-of-Court Statement are to be excluded unless the witnesses are found to be unavailable, and the defense was precluded a prior opportunity to cross examine that person, Regardless of whether the trial Court deems the statement to be Reliable or not.

5

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be tried by a jury, with the Constitutional protection granted to me in a Court of law. To be granted the Constitutional protection that will not let illegal evidence to be used against me before a jury in a Court of law.

Signed on this the ___27___ day of ___Oct___, 200_4_.

_____
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

**Executed on:** ___10 / 27___, 200_4_.

_____
Signature of petitioner

6