UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )      No.  98 CR 434
                                )      Hon. Milton I. Shadur
NASIM NAKIGOZI, et al.          )

## GOVERNMENT'S PROPOSED EXHIBIT LIST

Subject to additional guilty pleas, stipulations and changes made during the course of the trial, the government expects to introduce the following exhibits at trial:

Narcotics
9/30/98 Seizure
10/2/98 Seizure 1
10/2/98 Seizure 2
5/29/98 Seizure
6/11/98 Seizure
6/17/98 Seizure

Tapes and Transcripts
Tape #1 and Transcript #1 (9/30 at 11:22 pm)
Tape #2 and Transcript #2 (10/1 at 7:30 am)
Tape #3 and Transcript #3 (10/1 at 7:40 am)
Tape #4 and Transcript #4 (10/1 at 8:20 am)
Tape #5 and Transcript #5 (10/1 at 9:13 am)
Tape #6 and Transcript #6 (10/1 at 9:27 am)
Tape #7 and Transcript #7 (10/1 at 10:05 am)
Tape #8 and Transcript #8 (10/1 at 10:32 am)
Tape #9 and Transcript #9 (10/1 at 10:37 am)
Tape #10 and Transcript #10 (10/1 at 2:50 pm)
Tape #11 and Transcript #11 (10/1 at 6:20 pm)
Tape #12 and Transcript #12 (10/1 at 6:44 pm)
Tape #13                    (6/16 at 12:39 pm)
Tape #14 and Transcript #14 (6/17 at 2:25 pm)
Tape #15 and Transcript #15 (6/17 at 2:35 pm)
Tape #16 and Transcript #16 (6/17 at 3:00 pm)

Videotape #1

Exhibit A
2241

Photos
Sleep Inn Room 1
Sleep Inn Room 2
Sleep Inn Room 3
5200 Blackstone 1
5200 Blackstone 2
5200 Blackstone 3
Black Residence 1
Black Residence 2
Black Residence 3
Black Residence 4
Black Residence 5
Maplewood Photo 1
Maplewood Photo 2
Maplewood Group Photos
Togun Shoes
Nakigozi Pellets
Car Photo


Items
Sleep Inn Items
        Ex-lax
        Glad bag
        Utility knives
        Flower Bag
Maplewood Scale
Black Bag
Letter 1
Letter 2
Phone 1 (Foster)
Phone 2 (Kingsley)
Phone 3 (Obayemi)
Gun and Ammunition
Togun Shoes

Documents
Sleep Inn Documents
Blackstone Documents
Maplewood Receipts
Maplewood Lease
Krause Identification
Oreye Identification
Togun Customs Declaration
Egelle Customs Declaration
Oloduro Customs Declaration

Nakigozi Group Exhibit

Car Documents

Ganzer Photospread
DesRosier Photospread

Ganzer Records
Taylor Records

Ameritech Cellular Records 1
Ameritech Cellular Records 2
Ameritech Cellular Records 3
Ameritech Cellular Records 4
Ameritech Cellular Records 5
Ameritech Landline Records 1
Ameritech Landline Records 2
Prime Co. Records
Sleep Inn Records
Chicago Lodge Records
Phone Summary Chart


Respectfully submitted,

SCOTT R. LASSAR,
United States Attorney

By:  _____
PATRICK M. COLLINS
Asst. United States Attorney

_____
THEODORE T. CHUNG
Asst. United States Attorney

```
DATE:           October 1, 1998
TIME:           6:20PM
ACTIVITY:       Telephone call from #312-360-9698 to #773-390-2394
LOCATION:       610 S. Canal Street, Chicago, Illinois
GOV'T
EXHIBIT:        Transcript #11

SPEAKERS:


FOSTER:         Emmanuel Foster aka Akee
BLACK:          Michael Black aka Mohammed
UM:             Unknown male individual
```

          *      *      *      *      *

1    UM:       Hello

2    FOSTER:   Asalaam Alaikun
3
4    UM:       Alaikun Asalaam
5
6    FOSTER:   Yeah
7
8    UM:       Who is speaking?

     FOSTER:   Ehm... tell him Danuel

10   UM:       Hold.

11   BLACK:    Hello.

12   FOSTER:   Hello.

13   BLACK:    Yeah.

14   FOSTER:   Yeah, you know what?

15   BLACK:    Yeah,

16   FOSTER:   My guy, my guy wants some ...wants some, uh, some
               uh what do you call it, some money for the stuff
               before I bring it.

17   BLACK:    Alright, I already know. I'm working on it, don't
               worry.

18   FOSTER:   Oh, you're working on it?

                               1

GOVERNMENT EXHIBIT 11    CARDELS 800-763-0389

1  BLACK:    You damn right I am.

2  FOSTER:   Like how much could I get for him?

3  BLACK:    Uh..I'm waiting, man, one guy come in and I'll have
             the rest of this tonight.

4  FOSTER:   You don't know like how much? Just give me an idea
             so I could tell him before, I mean.. the guy's kind
             of behaving funny or something.

5  BLACK:    Uhm..Like to say fourteen (14) to fifteen (15).
             Wait.

6  FOSTER:   Yeah?

7  BLACK:    And yet I may have twenty (20) I don't know. It
             depends on who comes through man.

8  FOSTER:   Okay then, I'll call you back and let you know.

9  BLACK:    I'll call you as soon as I got the money.

10 FOSTER:   Okay, you'll call me, yeah?

11 BLACK:    Yeah, as soon as I get the money.

   FOSTER:   Alright then.

13 BLACK:    Alright.

14 FOSTER:   Alright.


                        END OF CONVERSATION


                                2

uh... I have to be... It's going be a while before I
come to see, because I have to clean... I have to
clean everything up.

BLACK:    Uh, okay. Clean everything up?

FOSTER:   Yeah.

BLACK:    Oh, oh, oh, on the other thing right?

FOSTER:   Yeah.

BLACK:    Okay, well just give me a little time today then.

FOSTER:   Okay.

BLACK:    Okay on the other thing, right?

FOSTER:   What?

BLACK:    You said you got to clear everything from the other...
on the old thing, right?

FOSTER:   Yeah.

BLACK:    Okay, just give me a minute then.

FOSTER:   Okay, then.

BLACK:    Alright.

FOSTER:   Alright.


                    END OF CONVERSATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA       )
                               )
             v.                )     No. 98 CR 434
                               )     Judge Milton I. Shadur
NASIM NAKIGOZI, et al.         )

## V E R D I C T

We, the jury, find the defendant, MICHAEL BLACK, GUILTY, as
charged in the Indictment.

FOREPERSON _____              ___  _____

_____ _____              ___  _____

_____ _____              ___  _____

_____ _____              ___  _____

_____ _____              ___  _____

_____ _____              ___  _____

                                          _____
                                          (Date)

*Exhibit B*

*Black's 2241*

You have heard recorded conversations. These recorded conversations are proper evidence and you may consider them, just as any other evidence.

When the recordings were played during the trial, you were furnished transcripts of the recorded conversations prepared by government agents[/witnesses].

The recordings are the evidence, and the transcripts were provided to you only as a guide to help you follow as you listen to the recordings. The transcripts are not evidence of what was actually said or who said it. It is up to you to decide whether the transcripts correctly reflect what was said and who said it. If you noticed any difference between what you heard on the recordings and what you read in the transcripts, you must rely on what you heard, not what you read. And if after careful listening, you could not hear or understand certain parts of the recordings, you must ignore the transcripts as far as those parts are concerned.

I am providing you with the recordings and a player. You are not required to play the tapes, in part or in whole. You may rely, instead, on your recollections of these recordings as you heard them at trial. If you do decide to listen to a tape recording and wish to have the transcript corresponding to that recording, ask the Marshal in writing and the transcript will be given to you. You may choose to listen to the cassette without the transcript.

GOVERNMENT INSTRUCTION NO. 20

Seventh Circuit Committee (1998) 3.17

Among the exhibits admitted during the trial were recordings that contained conversations in the Yoruba and Pidgin English languages. You were also provided with English transcripts of those conversations. The transcripts were provided to you by the government so that you could consider the content of the conversations on the recordings.

Whether a transcript is an accurate translation, in whole or in part, is for you to decide. In considering whether a transcript accurately describes the meaning of a conversation, you should consider the testimony presented to you regarding how, and by whom, the transcript was made. You may consider the knowledge, training, and experience of the translator, as well as the nature of the conversation and the reasonableness of the translation in light of all the evidence in the case. You should not rely in any way on any knowledge you may have of the language spoken on the recording; your consideration of the transcripts should be based on the evidence introduced in the trial.



GOVERNMENT INSTRUCTION NO. 21

Seventh Circuit Committee (1998) 3.18

Emmanuel Foster,
#10233 - 424,
M. C. C. Chicago.
08/24/99.

Dear Sir,
Mr Hal, Garfinkel.
111 . W. Washington,
Ch. IL . 60606.


I am one of co-defender of your
client, Mr M. Black.
Which I' will like to Set some few things
Straight.
Firstly, I' like to make sure that
their no Problem ~~between~~ me and your
Client.
Secondly, The whole thing was Started
by C'korre Egelle and he mention your
Client name, and by the time I' got to
the Hotel, which I' have no other
choice but to Co-operat with agent.
The idea of the Phone call was brought
up by the agent.
And everything I' say was written down by
agent, I' ~~xxxx~~ wasn't sure who I' was
Speaking to on the Phone either.
And I' explain everything in my Proffer

I' will greatfully if you carefully
look into this matter please.

Thank you for your co-operation and looking forward to hear from you.

faithfully
E Foster

Exhibit
#C
2 of 2

08-20-00

Dear Mrs Angela Black,

It My Sincere my hope that you and your children are safe and fine, and your husband is in good condition, say hi to him next time you speak or when you write him, and What happen was not any thing personal against him, it just that I was under a lot of pressure at that time, and i made the wrong decision at that time, and most of those shits, I did not say it and it was made up but the FBI Agent. And I did wrote your husband lawyer explaining thing to him, and What I told the lawyer, the true, is that I have never did any business or deliver any drug to him before, and Mr Black and his lawyer should check all the Court Docket should get my sentence and after Sentence. And I am mad because Mr black think I mention his name, I didn't The guy that I but I was a fool to fell for their Shits and I have Explain everything before to this Lawyer before, so he should check all over again with female Lawyer and with the Court and his other Lawyer

Exhibit C

And I am in a bad shape My self, I didn't plans all this, My Mother need me and my father is very ill, he already cost his right leg, so it not just you guys that I'm going through suffering, we just have to pray that everything work out for the best,

Like what I have been saying, What's it that my block want me to do for him, and so I can know, and I will deside what to do from there, but now you didn't mention anything in you (your) fax you want me to do.

And tell him that everything happen like that because most of my guys where Stupid, and foolish, inclute me, I am just sorry that we put him on or auite (like) that,

I stop for now, God bless you and your husband and your too Sisters.

Looking forward to hear from you!

Thank

Emmanuel