# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Michael Black,

Plaintiff

v.

David L. Winn (Warden FMC Devens)

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-40233 DPW**

I, **Michael Black**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **FMC Devens P.O. Box 879 Ayer, MA 01432**

   Are you employed at the institution? **No**   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **Am a paraplegic, I have no work history to state**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends               ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes   ☒ No
   d. Disability or workers compensation payments        ☐ Yes   ☒ No
   e. Gifts or inheritances                              ☐ Yes   ☒ No
   f. Any other sources                                  ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NO ONE

I declare under penalty of perjury that the above information is true and correct.

10/27/2004                    *[signature]*
_____            _____
Date                          Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 13354424 | Current Institution: | Butner FMC |
| Inmate Name: | BLACK, MICHAEL | Housing Unit: | AMBULATORY |
| Report Date: | 09/16/2004 | Living Quarters: | D04-426LH |
| Report Time: | 2:46:30 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9583 |
| FRP Participation Status: | Completed |
| Arrived From: | BUF |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/13/2004 3:14:38 AM |
| Account Status: | Active |
| ITS Balance: | $0.22 |

**FRP Plan Information**

**FRP Plan Type**    **Expected Amount**    **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $875.00 |
| National 6 Months Withdrawals: | $975.06 |
| National 6 Months Avg Daily Balance: | $30.37 |
| Local Max. Balance - Prev. 30 Days: | $75.25 |
| Average Balance - Prev. 30 Days: | $18.39 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $660.38
Last Sales Date: 8/25/2004 5:07:16 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name     List Type   Start Date   End Date   Userid   Active

## Comments

Comments:

InmateStatementCombined

Page 1 of 2

# Inmate Statement

**PRINT**

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 11354424 | | Current Institution: | Butner FMC |
| Inmate Name: | BLACK, MICHAEL | | Housing Unit: | AMBULATORY |
| Report Date: | 09/16/2004 | | Living Quarters: | D04-426LH |
| Report Time: | 2:46:39 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | 9/1/2004 5:37:17 PM | ITS0901 | | | ITS Withdrawal | ($10.00) | | $0.00 |
| BUH | 9/1/2004 3:03:01 AM | 4BUHD030 - 128 | | | Debt Encumbrance - Released | | $15.00 | -------- |
| BUH | 9/1/2004 3:03:01 AM | 4BUHD030 | M564 | | PLRA Payment | ($5.65) | | $10.00 |
| BUH | 8/25/2004 5:07:16 PM | 39 | | | Sales | ($40.60) | | $15.65 |
| BUH | 8/23/2004 5:04:52 PM | ITS0823 | | | ITS Withdrawal | ($3.00) | | $56.25 |
| BUH | 8/22/2004 12:33:23 PM | ITS0822 | | | ITS Withdrawal | ($1.00) | | $59.25 |
| BUH | 8/21/2004 1:00:57 PM | ITS0821 | | | ITS Withdrawal | ($3.00) | | $60.25 |
| BUH | 8/19/2004 4:51:36 PM | ITS0819 | | | ITS Withdrawal | ($2.00) | | $63.25 |
| BUH | 8/18/2004 4:55:09 PM | ITS0818 | | | ITS Withdrawal | ($10.00) | | $65.25 |
| BUH | 8/18/2004 1:05:52 PM | 6266 | | 116582 | Local Collections | $75.00 | | $75.25 |
| BUH | 8/18/2004 1:05:52 PM | 4BUHD030 - 128 | | | Debt Encumbrance | | ($15.00) | -------- |
| BUH | 8/13/2004 5:41:06 AM | TX081304 | | | Transfer - In from TRUFACS | $0.25 | | $0.25 |
| BUH | 8/11/2004 5:33:52 AM | TX081104 | | | Transfer - Out to TRUFACS | ($0.25) | | $0.00 |
| BUH | 8/4/2004 6:32:00 PM | 81 | | | Sales | ($3.75) | | $0.25 |
| BUH | 8/2/2004 7:46:27 PM | ITS0802 | | | ITS Withdrawal | ($3.00) | | $4.00 |
| BUH | 8/2/2004 4:47:52 PM | ITS0802 | | | ITS Withdrawal | ($3.00) | | $7.00 |
| BUH | 8/1/2004 3:03:21 AM | 4BUHD030 - 102 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| BUH | 8/1/2004 3:03:21 AM | 4BUHD030 - 115 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| BUH | 8/1/2004 3:03:21 AM | 4BUHD030 | M439 | | PLRA Payment | ($5.02) | | $10.00 |
| BUH | 7/21/2004 7:56:25 PM | ITS0721 | | | ITS Withdrawal | ($3.00) | | $15.02 |
| BUH | 7/21/2004 6:10:16 PM | 67 | | | Sales | ($7.05) | | $18.02 |
| BUH | 7/19/2004 4:41:12 PM | ITS0719 | | | ITS Withdrawal | ($10.00) | | $25.07 |
| BUH | 7/19/2004 1:25:09 PM | 5277 | | 147449 | Local Collections | $25.00 | | $35.07 |
| BUH | 7/19/2004 1:25:09 PM | 4BUHD030 - 115 | | | Debt Encumbrance | | ($5.00) | -------- |
| BUH | 7/14/2004 6:46:35 PM | 84 | | | Sales | ($8.19) | | $10.07 |
| BUH | 7/8/2004 8:26:22 PM | ITS0708 | | | ITS Withdrawal | ($2.00) | | $18.26 |
| BUH | 7/7/2004 8:21:37 PM | ITS0707 | | | ITS Withdrawal | ($2.00) | | $20.26 |
| BUH | 7/7/2004 6:36:25 PM | 66 | | | Sales | ($27.74) | | $22.26 |
| BUH | 7/6/2004 4:33:06 PM | ITS0706 | | | ITS Withdrawal | ($5.00) | | $50.00 |
| BUH | 7/6/2004 1:34:50 PM | 4823 | | 147424 | Local Collections | $50.00 | | $55.00 |
| BUH | 7/6/2004 1:34:50 PM | 4BUHD030 - 102 | | | Debt Encumbrance | | ($10.00) | -------- |
| BUH | 7/3/2004 12:07:51 PM | ITS0703 | | | ITS Withdrawal | ($3.00) | | $5.00 |
| BUH | 7/1/2004 4:41:26 PM | ITS0701 | | | ITS Withdrawal | ($2.00) | | $8.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BUH | 7/1/2004 3:03:07 AM | 4BUHD030 - 87 | | Debt Encumbrance - Released | | $20.00 | -------- |
| BUH | 7/1/2004 3:03:07 AM | 4BUHD030 - 97 | | Debt Encumbrance - Released | | $4.00 | -------- |
| BUH | 7/1/2004 3:03:07 AM | 4BUHD030 - 100 | | Debt Encumbrance - Released | | $4.00 | -------- |
| BUH | 7/1/2004 3:03:07 AM | 4BUHD030 | M361 | PLRA Payment | ($18.31) | | $10.00 |
| BUH | 6/30/2004 6:56:58 PM | 69 | | Sales | ($10.15) | | $28.31 |
| BUH | 6/28/2004 4:56:27 PM | ITS0628 | | ITS Withdrawal | ($6.00) | | $38.46 |
| BUH | 6/28/2004 1:25:30 PM | 4599 | 147407 | Local Collections | $20.00 | | $44.46 |
| BUH | 6/28/2004 1:25:30 PM | 4BUHD030 - 100 | | Debt Encumbrance | | ($4.00) | -------- |
| BUH | 6/24/2004 8:34:42 PM | ITS0624 | | ITS Withdrawal | ($5.00) | | $24.46 |
| BUH | 6/22/2004 6:56:35 PM | ITS0622 | | ITS Withdrawal | ($5.00) | | $29.46 |
| BUH | 6/21/2004 4:47:30 PM | ITS0621 | | ITS Withdrawal | ($6.00) | | $34.46 |
| BUH | 6/21/2004 1:21:58 PM | 4372 | 116573 | Local Collections | $20.00 | | $40.46 |
| BUH | 6/21/2004 1:21:58 PM | 4BUHD030 - 97 | | Debt Encumbrance | | ($4.00) | -------- |
| BUH | 6/20/2004 2:40:45 PM | ITS0620 | | ITS Withdrawal | ($5.00) | | $20.46 |
| BUH | 6/20/2004 1:22:47 PM | ITS0620 | | ITS Withdrawal | ($5.00) | | $25.46 |
| BUH | 6/15/2004 2:00:26 PM | 9 | | Sales | ($3.85) | | $30.46 |
| BUH | 6/15/2004 1:58:05 PM | 8 | | Sales | ($43.69) | | $34.31 |

1 2 3

**Total Transactions: 108**

**Totals:** $0.00   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |