```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


MICHAEL BLACK,                    )
                                  )
          Petitioner,             )
                                  )
     v.                           )   C.A. No.  04-40233-DPW
                                  )
DAVID L. WINN, WARDEN,            )
FMC DEVENS.                       )
          Respondent.             )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated November 29, 2004 directing dismissal of the above entitled action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety and this action closed on the docket.  Any pending motions shall be terminated from the docket as moot in view of the dismissal.

                                        BY THE COURT,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

Dated: November 29, 2004