United States District Court

District of Massachusetts

Michael Black,
                Petitioner

        v.

David L. Winn, Warden
F.M.C. Devens
                Respondent

C.A. No. 04-40233-DPW

FILED
IN CLERK'S OFFICE

2004 DEC -3 P 3:14

U.S. DISTRICT COURT
DISTRICT OF MASS

## Notice of Appeal

Notice is hereby given that Michael Black, pro-se Petitioner in the Above-Referenced 28 U.S.C. § 2241 Case, intends to Appeal to the First Circuit Court of Appeals from the Judgment in A Civil Case entered on November 29, 2004 Wherein it was Ordered And Adjudged that Respondent's Motion to dismiss is Granted And this Action is hereby dismissed.

This the 12/2 of December 2004

Michael Black

Michael Black
Reg No. 11354-424
P.O. Box 879
Ayer, MA 01432